**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**SAMUEL ROUNDS**                                                                                                   **PLAINTIFF**

**V.**                                    **NO. 3:13CV00312-JMV**

**CAROLYN W. COLVIN,**
**Acting Commissioner of SSA**                                                             **DEFENDANT**

<u>**FINAL JUDGMENT**</u>

This cause is before the court on the Plaintiff's complaint pursuant to 42 U.S.C. § 405(g) for judicial review of an unfavorable final decision of the Commissioner of the Social Security Administration regarding his applications for a period of disability and disability insurance benefits and supplemental security income benefits. The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c), with any appeal to the Court of Appeals for the Fifth Circuit. The court, having reviewed the record, the administrative transcript, the briefs of the parties, and the applicable law and having heard oral argument, finds as follows, to-wit:

For the reasons announced by the court on the record at the conclusion of the parties' oral argument during a hearing held in this matter on September 18, 2014, the court finds there was no reversible error, and the Commissioner's decision is supported by substantial evidence in the record. Therefore, the decision of the Commissioner is hereby **AFFIRMED**.

**SO ORDERED AND ADJUDGED** this, the 18th day of September, 2014.

                                                                                        /s/ Jane M. Virden
                                                                                        U. S. MAGISTRATE JUDGE